MINUTE ENTRY
WILKINSON, M. J.
JUNE 27, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL C. BUCK | CIVIL ACTION |
| VERSUS | NO. 12-1326 |
| PEARL HICKORY BAPTIST CHURCH ET AL. | SECTION "S" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. After discussions, the court was advised that a settlement has been reached. By copy of this minute entry, Judge Lemmon is advised so that she may enter an appropriate conditional dismissal order.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. MARY ANN VIAL LEMMON**

MJSTAR: 1 : 30