UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MICHAEL C. BUCK                                CIVIL ACTION

VERSUS                                         NO: 12-1326

PEARL HICKORY BAPTIST CHURCH                   SECTION: "S" (2)
ET AL.

                         ORDER OF DISMISSAL

   The court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise, IT IS ORDERED that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  Each party will bear its own costs.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

   If witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

   New Orleans, Louisiana, this 28TH day of June, 2013.

                    _____
                         MARY ANN VIAL LEMMON
                      UNITED STATES DISTRICT JUDGE